# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Christopher M. Malecki,                            Case No. 3:12CV1658

    Plaintiff

    v.                                             **ORDER**

Commissioner of Social Security,

    Defendant

    There being no objection to the Magistrate Judge's Report and Recommendation, and, on the basis of *de novo* review, it is hereby

    ORDERED THAT said Report and Recommendation be, and the same hereby is adopted as the order of this court and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Report and Recommendation.

    So ordered.

                                                                          /s/ James G.Carr
                                                                          Sr. U.S. District Judge